AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

HARVEY STEWART
   Plaintiff

V.

ANTHONY J. PRINCIPI, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
   Defendant

SUMMONS IN A CIVIL ACTION

04 11598 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

John D. Ashcroft, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Room 4545
Washington, DC  20530-0001

(for the Defendant, Anthony J. Principi, Secretary,
United States Department of Veterans Affairs)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott W. Lang, Esquire
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA  02740

an answer to the complaint which is served on you with this summons, within ___sixty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 23, 2004 |
| NAME OF SERVER *(PRINT)* Scott W. Lang, Esquire | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served upon the defendant by first class certified mail, return receipt requested, addressed to John D. Ashcroft, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Room 4545, Washington, DC 20530-0001.

**STATEMENT OF SERVICE FEES**

| TRAVEL $0 | SERVICES $0 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 23, 2004
              *Date*

*Signature of Server*
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA  02740
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.