AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

HARVEY STEWART
  Plaintiff

V.

ANTHONY J. PRINCIPI, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
  Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11598 WGY

TO: (Name and address of Defendant)

Anthony J. Principi, Secretary of Veterans Affairs
United States Department of Veterans Affairs
810 Vermont Ave., N.W.
Washington, DC  20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott W. Lang, Esquire
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA  02740

an answer to the complaint which is served on you with this summons, within __sixty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      JUL 19 2004

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 23, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott W. Lang, Esquire | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon the defendant by first class certified mail, return receipt requested, addressed to Anthony J. Principi, Secretary of Veterans Affairs, United States Department of Veterans Affairs, 810 Vermont Ave., N.W., Washington, DC 20420

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 23, 2004
                    Date

Signature of Server

Lang, Xifaras & Bullard
115 Orchard Street, New Bedford, MA  02740
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.