IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 04-11598-WGY |
| | ) |
| ANTHONY J. PRINCIPI, | ) |
| SECRETARY U.S. DEPARTMENT | ) |
| OF VETERAN AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Anthony J. Principi, as he is Secretary of the U.S. Department of Veteran Affairs, hereby moves for an extension of time, until and including October 5, 2004, to answer or otherwise respond to the Complaint. As good cause therefor, the undersigned avers that the brief extension is needed in order for counsel to complete the factual and legal research necessary to answer or otherwise respond to the allegations in plaintiff's Complaint. In accordance with Local Rule 7.1(a)(2), the undersigned conferred with plaintiff's counsel and plaintiff assents to this request and the relief sought therein.

WHEREFORE defendant asks that this motion be granted and that it be given until October 5, 2004, to respond to the Complaint.

> Respectfully submitted,
>
> By his attorney,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:  /s/Barbara Healy Smith
> Barbara Healy Smith
> Assistant U.S. Attorney
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3263

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that on September 23, 2004, she contacted plaintiff's counsel, regarding the grounds for and relief requested by this motion and Plaintiff assents to both.

 /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney