IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 04-11598-WGY |
| ) | |
| ANTHONY J. PRINCIPI, ) | |
| SECRETARY U.S. DEPARTMENT ) | |
| OF VETERAN AFFAIRS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION TO DISMISS

Defendant Anthony J. Principi, as he is Secretary of the U.S. Department of Veteran Affairs, hereby moves for dismissal of the Complaint in its entirety with prejudice. As set forth more fully in the accompanying memorandum, plaintiff Harvey Stewart brings a single claim for retaliation under Title VII, 42 U.S.C. § 2000e-3 seeking reinstatement to his previous position and compensatory damages. The Complaint must be dismissed because, on its face, it fails to state a claim. First, plaintiff failed to exhaust his administrative remedies, because he filed this action prior to expiration of the time for consideration of his appeal by the EOOC. Second, in any event, all but one of the alleged adverse employments actions are time barred. Third, plaintiff has failed to state a claim for retaliation, as there is no causal connection between the purported protected activity in 1998, and subsequent adverse employment action occurring more than three years later. Finally, based on the facts pleaded, plaintiff has not stated a claim for hostile work environment retaliation.

Wherefore, the Defendant requests that the Court grant this Motion and order that the Complaint be dismissed, in its entirety, with prejudice.

        Respectfully submitted,

        By his attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/Barbara Healy Smith
By:  Barbara Healy Smith
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3263

Dated:  5 October 2004

| **CERTIFICATE OF SERVICE** | **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)** |
|---|---|
| I certify that on October  5 , 2004, I caused a copy of the foregoing to be served via the Court's electronic filing system to plaintiff's attorney of record.  Parties may access this filing through the Court's electronic filing system.<br><br>  /s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant U.S. Attorney | Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that on September 27 and October 5, 2004, she contacted plaintiff's counsel, regarding the grounds for and relief requested by this motion.<br><br>  /s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant U.S. Attorney |