## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No:04-11598-WGY

**STEWART**
**Plaintiff**

**v.**

**PRINCIPI**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

     **TAKE NOTICE that the above-entitled case has been set for Hearing on the Motion to Dismiss at 2:00 PM , on TUE. NOV. 16 , 2004, in Courtroom No. 18, 5TH FLOOR. Opposition to the motion is due Oct. 19, 2004. Reply brief, if any, is due by Oct.29,2004.**

**By the Court,**

**/s/ Elizabeth Smith**

_____

**Deputy Clerk**

**October 7, 2004**

**To: All Counsel**