Page 1 of 2

**Department of Veterans Affairs — COMPLAINT OF EMPLOYMENT DISCRIMINATION**

**1. NAME** (Last, first, middle initial): Stewart, Harvey L. Jr.

**2. MAILING ADDRESS:** P.O. Box 728, Fairhaven, MA 02719

**3a. WORK TELEPHONE NUMBER:** (508) 583-4500 EL1240

**3b. HOME TELEPHONE NUMBER:** (508) 993-8358

**4. ARE YOU:** ☒ A VA EMPLOYEE ☐ AN APPLICANT FOR EMPLOYMENT ☐ A FORMER VA EMPLOYEE

**5a. JOB TITLE, SERIES AND GRADE:** Health Technician / Case Manager, GS-640/6

**5b. SERVICE/SECTION/PRODUCT LINE:** Domiciliary Service, Mental Health Service Line

**6. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED:** Brockton VAMC, 940 Belmont St, Brockton, MA 02301

**7. BASIS:** Feared The Loss of My Career

**8. CLAIM(S):** Used Grievance Process

| Basis | Description | 9. Date of Occurrence |
|---|---|---|
| Reprisal | Reporting being Assaulted by Patient (TS) Progress Note | April 4, 1999 |
| | L. Patrick Soliciting Patient (TS) to Charge Staff w/Abuse 7:15AM | April 5, 1999 |
| Advocating for Treatment | Morning Rounds Report of Assault & Battery on Staff - Treatment Team and Chief R. Hallett (Psychological Eval Requested) | April 5, 1999 |
| | Chief Hallett orders Me off Unit | April 13, 1999 |
| Reprisal | Chief Hallett Addresses Patient Community Fait Accompli of Assault By Identifying Staff against Patient (TS) | April 14, 1999 |
| Reprisal / Same Reprisal | Detailed Me to GI Clinic, Assigning His Wife as Supervisor. Detailed to Nursing Assistant Position 4 Month GI | April 14, 1999 / April 15, 1999 |
| Reprisal | Reduction in Charges/original Charges Filed 7/28/99 | July 28, 1999 |
| Reprisal | Detailed Temporarily to Transitional Psychiatric Unit (I Remain Here at Present) 2 yrs 8 mo. | Aug 2, 1999 |
| Resolution Sought | John Little Chief HR Brockton Orders Audit, Discusses Issues | June 13, 2000 |
| Reprisal | Ordered to be Certified Nursing Assistant | Dec 2000 |
| Reprisal | Threats of being Written Up X3 & Fired Per S. Pateus/By R. Watts | Jan 8, 2000 |

**10.** Supported by R. Hallett Acceding to Robert Watts. Reprisal — I have No Nursing Training Prior to Details - Resume Enclosed. Mr. R. Watts Maintains Hostile Feelings From a Previous Peer Relationship Prior Position Under Robert Hallett of Which He is Very Aware Prior to Detailing Me Under Mr. Watts.

**11a. DO YOU HAVE A REPRESENTATIVE?** Awaiting the outcome of This Process. ☐ YES ☐ NO

**11b. IF "YES," IS HE OR SHE AN ATTORNEY?** ☐ YES ☐ NO

**12a. HAVE YOU CONTACTED AN EEO COUNSELOR?** ☒ YES ☐ NO

**12b. NAME OF EEO COUNSELOR:** Edwin C. Muller ORM (OEM)

**12c. DATE OF INITIAL CONTACT WITH ORM:** 12/7/01

**13. NOTE:** ...I Feared Loosing My Career being Unable to Attain Resolution by Grievance

**14a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOUT?** ☒ YES ☐ NO

**14b. IF "YES," LIST THE CLAIM(S) AND DATE(S):** Letter of Revocation/Letter of Admonishment Aug 8, 1999 / Oct 31, 2001

**15a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?** ☐ YES ☒ NO

**15. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?** ☒ YES ☐ NO

**16b. IF "YES," PROVIDE THE NAME AND ADDRESS:** Addresses Provided through ADR Consideration Under Advisement

**17. SIGNATURE OF COMPLAINANT:** Harvey L. Stewart Jr.

**18. DATE:** 3/26/02

VA FORM 4939 NOV 1999(R)          PG 1 OF 9

PAGE 2 OF 2

## Department of Veterans Affairs — COMPLAINT OF EMPLOYMENT DISCRIMINATION

**1. NAME (Last, first, middle initial)(Please print):** Stewart, Harvey L. Jr.

**2. MAILING ADDRESS:** P.O. Box 768, Fairhaven, MA. 02719

**3a. WORK TELEPHONE NUMBER:** (508) 583-4500 Fax 1240

**3b. HOME TELEPHONE NUMBER:** (508) 993-8358

**4. ARE YOU:** [X] A VA EMPLOYEE  [ ] AN APPLICANT FOR EMPLOYMENT  [ ] A FORMER VA EMPLOYEE

**5a. JOB TITLE, SERIES AND GRADE:** Health Technician/Case Manager, GS-640/6

**5b. SERVICE/SECTION/PRODUCT LINE:** Domiciliary Service, Mental Health Service Line

**6. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED:** Brockton VAMC, 940 Belmont St., Brockton, MA. 02301

**INSTRUCTIONS:** For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): Race (Specify), Color (Specify), Religion (Specify), Sex (Male or Female), Sexual Orientation, National Origin (Specify), Age (Provide date of birth), Disability (Specify), and Reprisal for prior EEO activity or having opposed discrimination.

| 7. BASIS | 8. CLAIM(S) (What employment related claim(s) - personnel action(s), incident(s), or event(s), caused you to file this complaint? Briefly, describe what happened below. Use an additional sheet of paper if necessary.) | 9. DATE OF OCCURRENCE (Include the most recent date(s)) |
|---|---|---|
| Feared the Loss of My Career — Initiated Job Application | Submission of Supervisors Comments of Application Package to upgrade My Professional Status | Oct 1, 2001 |
| Reprisal | A) Verbal Admonishment For Scheduling Error | Oct 9, 2001 |
|  | B) Incident Report Written Against Me | Oct 11, 2001 |
|  | C) Letter of Admonishment Issued | Oct 22, 2001 |
|  | D) Letter of Counsel | Dec 6, 2001 |
|  | E) Informed: "You Have No Future In the VA because You Embarrassed Bob H." | April 12, 2001 |
| Issued By Age 1 Resolution to Grievance | John Little Chief of Human Resources Brockton — Audit ordered for Reclassification based on Duties Performed while working the Homeless Domiciliary - Mark Gallagher - Never Complete | June 2000 |
| Reprisal | False Charges Filed Against Me — Dropped No Resolution | April 4, 1999 |
| Barriers to EEO | Informal EEO Contact - Sharon O'Linney | July 1998 |

**10. REMEDIES SOUGHT:**
1) I would Request I be Cleared of All Accusations Against Me Formally
2) I would Request to be Allowed to Pursue a position Consistent with My Education And Training, To Include Completion of Audit & Appropriate Up Grades
3) I Request The Provisions Provided For by Veterans Employment Opportunities Act of 1998 & Memorandum #00-99-45 Dec 1, 1999 III C-5, VRA (CFR 307.103)

**11a. DO YOU HAVE A REPRESENTATIVE?** Awaiting the Outcome of This Process  [ ] YES  [ ] NO

**11b. IF "YES" IS HE OR SHE AN ATTORNEY?** [ ] YES  [ ] NO

**12a. HAVE YOU CONTACTED AN EEO COUNSELOR?** [X] YES  [ ] NO

**12b. NAME OF EEO COUNSELOR:** Edwin C. Muller ORM (OBM)

**12c. DATE OF INITIAL CONTACT WITH ORM:** 12/7/01

**13. NOTE:** If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 9, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (If more space is needed, use an additional sheet of paper.) I Feared Losing My Career Being Unable To Attain a Resolution through a Grievance

**14a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE?** [X] YES  [ ] NO — First Grievance Filed Dismissed — Letter of Admonishment Aug 8, 1999 / Oct 31, 2001

**15a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?** [ ] YES  [X] NO

**15b. IF "YES", LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED**

**16. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?** [X] YES  [ ] NO

**16b. IF "YES", PROVIDE THE NAME AND ADDRESS:** Addresses Provided through HDR Consideration Under Advisement

**17. SIGNATURE OF COMPLAINANT:** Harvey L. Stewart Jr.

**18. DATE:** 3/26/02

VA FORM 4939     PG 2 OF 2     (JetForm)