UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

HARVEY STEWART
   Plaintiff

v.

**COMPLAINT**

ANTHONY J. PRINCIPI, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
   Defendant

04 11598 WGY

## THE ACTION

1. The Plaintiff, Harvey Stewart, an employee of the United States Department of Veterans Affairs, brings this action seeking compensatory and punitive damages against the defendant, Anthony J. Prinicipi, Secretary of the Department of Veterans Affairs, for discriminating against the Plaintiff (a) for opposing practices that are unlawful employment practices under Chapter 21 of Title 42 of the United States Code and (b) because the Plaintiff made a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing under Title 42, Chapter 21, Subchapter VI of the United States Code, in violation of 42 U.S.C., § 2000e-3. He seeks an order requiring the Defendant to reinstate him to his previous position, to cease its unlawful discrimination, and for compensatory damages.