

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

Scott W. Lang, Esq.
115 Orchard Street
New Bedford, MA 02740

Re: *Stewart v. Department of Veterans Affairs*
EEOC Appeal No. 01A43968
Agency Case No. 200G-0525-2002100953

Dear Mr. Lang:

The record listed under the above referenced docket number is being closed because you requested withdrawal of this appeal.

FOR THE COMMISSION:

*Carlton M. Hadden*

Carlton M. Hadden, Director
Office of Federal Operations

cc: Department of Veterans Affairs
Harvey Stewart

### CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this letter was received within five (5) calendar days after it was mailed. I certify that this letter was mailed to complainant, complainant's representative (if applicable), and the agency on:

AUG 1 2 2004
Date

Equal Opportunity Assistant