UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11598WGY

HARVEY STEWART
    Plaintiff

v.

ANTHONY J. PRINCIPI, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
    Defendant

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(d)(3)**

The Plaintiff, Harvey Stewart, hereby certifies, pursuant to Local Rule 16.1(d)(3), that he has conferred with counsel as to the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| HARVEY STEWART: | SCOTT W. LANG, ESQUIRE, As Legal Counsel for Harvey Stewart: |
|---|---|
| /s/ Harvey Stewart | /s/ Scott W. Lang |
| Harvey Stewart | Scott W. Lang, Esquire, BBO #285720 |
| 19 Sedgewick Road | Lang, Xifaras & Bullard |
| Fairhaven, MA 02719 | 115 Orchard Street |
| (508) 993-8358 | New Bedford, MA 02740 |
|  | (508) 992-1270 |
| Dated: November 30, 2004 | Dated: November 30, 2004 |