IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 04-11598-WGY |
| ) | |
| ANTHONY J. PRINCIPI, ) | |
| SECRETARY U.S. DEPARTMENT ) | |
| OF VETERAN AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

**JOINT RULE 16.1 STATEMENT**

Pursuant to Local Rule 16.1, counsel have conferred and propose the following pretrial schedule for the Court's consideration.

1. **Proposed Schedule**

| | |
|---|---:|
| Rule 26 automatic disclosures to be exchanged by | December 15, 2004 |
| All fact depositions to be noticed by | February 28, 2005 |
| All fact discovery, including document requests, interrogatories and requests for admissions to be completed by | March 31, 2005 |
| Rule 26(A)(2)(B) disclosure of trial experts by plaintiff served by | April 15, 2005 |
| Rule 26(A)(2)(B) disclosure of trial experts by defendant served by | May 15, 2005 |
| Further expert discovery concluded by | June 15, 2005 |
| Rule 56 Motions to be filed by | June 15, 2005 |
| Final Pre-trial Conference | No sooner than July 5, 2005 at 2 p.m. |

2. **Certification**

The parties will separately file the certifications required by Local Rule 16.1.

3.   **Magistrate Judge**

At this time the parties do not consent to trial before a Magistrate Judge.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ANTHONY J. PRINCIPI, Secretary U.S. Department of Veteran Affairs | HARVEY STEWART |
| By his attorney: | By his attorney: |
| MICHAEL J. SULLIVAN<br>United States Attorney |  |
| /s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant United States Attorney<br>John Joseph Moakley U. S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617-748-3263 | /s/ Scott W. Lang  (By BHS per consent)<br>Scott W. Lang  (BBO # 285720)<br>Lang, Xifaras & Bullard<br>115 Orchard Street<br>New Bedford, MA 02740<br>(508) 992-1270 |

Dated:  November 30, 2004