IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 04-11598-WGY |
| ANTHONY J. PRINCIPI, SECRETARY U.S. DEPARTMENT OF VETERAN AFFAIRS, | ) ) ) ) ) |
| Defendant. | ) |

DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)

Defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that he has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| ANTHONY J. PRINCIPI, Secretary, Veterans' Affairs | By his attorney, |
| | MICHAEL J. SULLIVAN United States Attorney |
| By: /s/Edward B. Carney (per consent-BHS) Edward B. Carney, Esq. Department of Veterans Affairs Office of Regional Counsel 200 Springs Road Bedford, MA 01730 (781) 687-3608 | By: /s/Barbara Healy Smith Barbara Healy Smith Assistant U.S. Attorney 1 Courthouse Way, Suite 9200 Boston, MA 02210 (617) 748-3263 |

December 1, 2004