IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARVEY STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 04-11598-WGY |
| | ) | |
| R. JAMES NICHOLS, SECRETARY | ) | |
| U.S. DEPARTMENT OF VETERAN | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

# Exhibit 3

| | |
|---|---|
| IN THE MATTER OF: | ) |
| HARVEY STEWART, | ) |
| | ) |
| Complainant, | ) |
| | ) |
| vs. | ) Case No. 200G- |
| | ) 0525-2002100953 |
| VA BOSTON HEALTHCARE SYSTEM, | ) |
| BROCKTON, MASSACHUSETTS, | ) |
| | ) |
| Respondent. | ) |

**ORIGINAL**

A F F I D A V I T

TRANSCRIPT OF PROCEEDINGS in the above-entitled matter of the examination of CHESTER P. SWETT, JR., M.D., before EEO INVESTIGATOR ANGELA MYERS, on the 4th of December, 2002, at the hour of 9:03 a.m.

Reported by:  Caren Benge

1825 I Street, N.W.
Washington, D.C. 20006

JABS REPORTING, INC.
www.jabsreporting.com

(202) 296-6102
(888) 805-5227

1

1  Q.  You indicated that there were some
2  concerns or issues with Mr. Hallett and the
3  complainant?
4  A.  Well, yeah.  That's only secondhand
5  information.  I don't -- I don't really know.
6  Q.  So you're not aware whether or not the
7  complainant initiated EEO counseling regarding
8  those issues he was having with Mr. Hallett?
9  A.  I have no knowledge of that.  I don't
10 know.
11 Q.  Now, questions pertaining to the
12 written counseling:  The complainant was given a
13 written counseling on December 6, 2001, for
14 failure to take vital signs.  What was your role
15 in the complainant receiving the written
16 counseling?
17 A.  Well, I was aware that -- as I
18 understand it, the mental health assistants or
19 nursing assistants, who are usually at the GS-5
20 level, often are trained to take vital signs --
21 which is, you know, temperature, pulse,
22 respiration, blood pressure -- and that this is,

10

1825 I Street, N.W.  
Washington, D.C. 20006

JABS REPORTING, INC.  
www.jabsreporting.com

(202) 296-6102  
(888) 805-5227