IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 04-11598-WGY |
| ) | |
| R. JAMES NICHOLS, SECRETARY ) | |
| U.S. DEPARTMENT OF VETERAN ) | |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

# Exhibit 5

```
MailMan message for STEWART,HARVEY L JR   HEALTH AID TECHNICIAN
Printed at BOSTON.MED.VA.GOV  17 Jun 02 15:51
Subj: [PRIVATE]   [#41884591] 13 Jun 02 07:29   3 lines
From: MORANA,JOSEPH J  2 of 2 responses read.  In 'IN' basket.   Page 1
---------------------------------------------------------------------------
```

Harvey, I have a copy of your 3rd step answer. Everything was taken care of finally. Someone who listened. If you want a copy come by. Call me first to make sure I'm here.

1) MORANA,JOSEPH J   14 Jun 02 08:05   1 line

THE COPY WILL BE ON THE WARD.

2) MORANA,JOSEPH J   17 Jun 02 10:40   3 lines

Harvey, I just went to HR to get a copy of original memo rescinding your admonishment. Also got the admonishment that has a note stating that it was the one in your opf.