UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HARVEY STEWART,**

          **Plaintiff,**

                                          CIVIL NO. 04-11598-WGY

**ANTHONY J. PRINCIPI,**

          **Defendant,**

<u>**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**</u>

**TO: JUDGE YOUNG**

**SWARTWOOD, C.M.J.**

On   <u>May 25th & June 13th, 2005</u>   I held the following ADR proceeding:

   ____   **EARLY NEUTRAL EVALUATION**   <u> X </u>  **MEDIATION**
   ____   **MINI-TRIAL**                                   ____ **SUMMARY JURY TRIAL**
   ____   **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer.

The case was:

( X )   **Settled.  Your clerk should enter a <u> 30 </u> day order of dismissal.**
(  )   **There was progress.  A further conference has been scheduled for** _____.
         **unless the case is reported settled prior to that date.**
(  )   **Further efforts to settle this case at this time are, in my judgment, unlikely to be
         productive.  This case should be restored to your trial list.**


**June 17, 2005**                                               /s/ Charles B. Swartwood, III
**Date**                                                           **CHARLES B. SWARTWOOD, III, C.M.J.**